# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| RECORDA ANN SIMON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-2446-S-BN |
| | § | |
| GM FINANCIAL, et al. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation, which recommend dismissal of Plaintiff's claims. However, after dismissing Plaintiff's claims arising under federal law and relinquishing jurisdiction of Plaintiff's remaining state law claims, remand of those state law claims is proper. Therefore, the Court **ACCEPTS AS MODIFIED** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the extent that the Court will dismiss Plaintiff's claims arising under federal law and remand Plaintiff's remaining state law claims by separate Order.

**SO ORDERED.**

SIGNED December 15, 2025.

_____
**UNITED STATES DISTRICT JUDGE**